IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

PATRICIA VALDOVINOS,

        Plaintiff,

    v.

ANNA MARIA MANOR, LLC,

        Defendant.

No. 1:12-cv-824-PA

**ORDER**

**PANNER, J.**

    Plaintiff Patricia Valdovinos brings this employment discrimination action under state and federal law against defendant Anna Maria Manor, LLC. Plaintiff claims defendant terminated her in retaliation for her sexual harassment claim against her supervisor.

    Defendant moves for summary judgment, arguing plaintiff has failed to show disputed issues of material fact regarding the reasons for her termination. After reviewing the briefs and evidence submitted by the parties, I conclude that there are material issues of disputed fact regarding whether

1 - ORDER

defendant terminated plaintiff in retaliation for her sexual harassment complaint.

## CONCLUSION

Defendant's motion for summary judgment (#10) is denied. Plaintiff's motion to strike (#19) is denied as moot.

IT IS SO ORDERED.

DATED this __31__ day of ~~October~~ Jan, 201~~2~~3.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER